**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1337**

———————

MENGYANG LI,

> Plaintiff - Appellant,

v.

SHEPHERD UNIVERSITY,

> Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:19-cv-00216-GMG-RWT)

———————

Submitted:  November 19, 2024                    Decided:  November 21, 2024

———————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mengyang Li, Appellant Pro Se.  Tracey Brown Eberling, STEPTOE LLP, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mengyang Li appeals the district court's order granting Defendant's Fed. R. Civ. P. 52(c) motion for judgment on partial findings after a bench trial on Li's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  Limiting our review to the record before us and to the issues raised in Li's informal briefs, *see* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, [this court's] review is limited to issues preserved in that brief."), we have found no reversible error and therefore affirm the district court's order.  *Li v. Shepherd Univ.*, No. 3:19-cv-00216-GMG-RWT (N.D. W. Va. Mar. 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*